## Philip D. Alver, Appellant, v. Broadway Buick Sales Company, Appellee.

Gen. No. 47,250.

First District, First Division.

June 30, 1958.

Released for publication September 29, 1958.

William L. Kelley, for appellant; Rosengard, Hecht & Kupeck (Leon A. Kupeck, of counsel) for appellee. Opinion by JUSTICE ROBSON. Not to be published in full.